IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| CARL ELMON HUNT | § | |
| v. | § | CIVIL ACTION NO. 6:18cv414 |
| JON DOE, ET AL. | § | |

ORDER OF DISMISSAL

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge K. Nicole Mitchell. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the court. It is accordingly

**ORDERED** that the above-styled civil action is **DISMISSED WITHOUT PREJUDICE** for failure to effect service of process. It is further

**ORDERED** that the statute of limitations is **SUSPENDED** for a period of 90 days from the date of entry of final judgment. Finally, it is

**ORDERED** that all motions not previously ruled on are **DENIED**.

**SIGNED** this the 5 day of **November, 2020.**

Thad Heartfield
United States District Judge

1